IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and, LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JUAN MANUEL NUNEZ, individually; JUAN MANUEL NUNEZ, individually and d/b/a ACEQUIA CEMENT; and ACEQUIA CEMENT,<br><br>Defendants. | 2:08-cv-02688-GEB-DAD<br><br>ORDER[*] |

Defendants' counsel Randy M. Andrus' ("Andrus") motion to withdraw as counsel fails to explain in a declaration whether he has provided his clients with a copy of the Status (Pretrial Scheduling) Order filed February 26, 2009. Without this showing, it would be unclear whether Defendants could be subject to a risk of sanctions for

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

failure to comply with any deadline prescribed in that Order. Accordingly, Andrus is given an opportunity to make this showing in a supplement to this motion on or before May 14, 2009.  Further, Andrus shall serve a copy of this Order on Defendants.

Dated:  May 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge