**Randy M. Andrus, Esq. (116745)**
**ANDRUS ATTORNEYS**
a professional corporation
13389 Folsom Boulevard, Suite 300-303
Folsom, California 95630
Telephone: (916) 608-9090

Attorneys for Defendants
**JUAN MANUEL NUNEZ,** individually,
**JUAN MANUEL NUNEZ**, individually and
doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES,** in their capacities as Trustees of the **LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA;** and **LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,**<br><br>    Plaintiffs,<br><br>v.<br><br>**JUAN MANUEL NUNEZ,** individually, **JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and **ACEQUIA CEMENT**<br><br>    Defendants. | CASE NO.: 2:08-CV-02688-GEB-DAD<br><br>**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**<br><br>**DATE:** April 20, 2009<br>**TIME:** 9:00 a.m.<br>**CTRM:** 10<br>**JUDGE:** Hon. Garland E. Burrell, Jr. |

1

**[PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

Randy M. Andrus, Andrus & Associates, and Andrus Attorneys, a professional corporation, move to withdraw as counsel of record for Defendant Juan Manuel Nunez, individually and doing business as Acequia Cement. The motion is granted. Therefore, the hearing on the motion now scheduled for May 12, 2009, is vacated and

**IT IS HEREBY ORDERED THAT:**

**1.** Randy M. Andrus, Andrus & Associates, and Andrus Attorneys, a professional corporation, are relieved as counsel of record for Defendants in this matter.

**2.** All further notices, papers or pleadings are to be served upon Defendant: Juan Manuel Nunez, individually and doing business as Acequia Cement, and Acequia Cement, as follows:

> 1992 Gentle Creek Drive,
> Suisun, CA 94534
> (707) 864-1391

**IT IS SO ORDERED.**

**DATED: 5/12/09**

GARLAND E. BURRELL, JR.
United States District Judge