IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and, LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | 2:08-cv-02688-GEB-DAD <br><br> ORDER TO SHOW CAUSE |
| Plaintiffs, | |
| v. | |
| JUAN MANUEL NUNEZ, individually, JUAN MANUEL NUNEZ, individually and d/b/a ACEQUIA CEMENT, and ACEQUIA CEMENT, | |
| Defendants. | |

        The Status (Pretrial Scheduling) Order filed on February 26, 2009, required the parties "to file a JOINT pretrial statement no later than seven (7) calendar days prior to the final pretrial conference now scheduled for May 17, 2010.  No pretrial statement was filed as ordered.  Therefore, Plaintiffs, Plaintiffs' counsel, and Defendant is ORDERED TO SHOW CAUSE ("OSC") in a written filing

due no later than 9:00 a.m. on May 27, 2010, why sanctions should
not be imposed under Rule 16(f) of the Federal Rules of Civil
Procedure for the failure to timely file a pretrial statement.
Plaintiffs, Plaintiffs' counsel, and Defendant shall include in the
written response whether a hearing is requested on the OSC.  If a
hearing is requested, it will be held at 1:30 p.m. on June 21,
2010, which is the date and time to which the final pretrial
conference is continued.  The parties shall file a JOINT pretrial
statement no later than seven (7) calendar days prior to the final
pretrial conference.

Dated:  May 12, 2010


GARLAND E. BURRELL, JR.
United States District Judge